UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLIN VEITCH,<br>VSM DEVELOPMENT, INC.,<br>      Plaintiffs,<br><br>v.<br><br>VIRGIN MANAGEMENT USA, INC.,<br>VIRGIN GROUP INVESTMENTS LTD.,<br>VIRGIN GROUP HOLDINGS LIMITED,<br>VIRGIN ENTERPRISES LIMITED,<br>VIRGIN CRUISES INTERMEDIATE LIMITED,<br>VIRGIN CRUISES LIMITED,<br>      Defendant. | Civil Action No.: 1:15-mc-91319 |

## JOINT MOTION TO RESCHEDULE HEARING

The parties hereby jointly move to reschedule the hearing in this matter scheduled for Thursday, October 29, 2015 at 10:00 a.m. to Monday, November 2, 2015 at 10:00 a.m.

| | |
|---|---|
| COLIN VEITCH,<br>VSM DEVELOPMENT, INC.,<br>By their Attorney,<br><br>*/s/ Alan B. Almeida*<br>Alan B. Almeida, BBO. 016013<br>Connor & Hilliard, P.C.<br>1350 Main Street<br>Walpole, MA 02081<br>Telephone: (508) 668-4774<br>Facsimile: (508) 660-2458<br>almeida@connhill.com | BAIN CAPITAL LLC,<br>By its Attorney,<br><br>*/s/ Andrew R. Levin*<br>Andrew R. Levin, BBO No. 631338<br>Sugarman, Rogers, Barshak & Cohen, P.C.<br>101 Merrimac Street<br>Boston, MA 02114<br>Telephone: (617) 227-3030<br>Facsimile: (617) 523-4001<br>levin@srbc.com |

Dated: October 26, 2015

CERTIFICATE OF SERVICE

       I, Andrew R. Levin, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 26, 2015.

                                        */s/ Andrew R. Levin*
                                        Andrew R. Levin
                                        levin@srbc.com

4844-2998-9674, v. 1